JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Fax: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-09-70551 JCS |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL ; ORDER |
| RAFAEL CHAVEZ-GARCIA,<br>  a/k/a Rafael Chavez,<br>  a/k/a Rafael Garcia, and<br>  a/k/a Rafael Chavez-Magana,<br>Defendant. | SAN FRANCISCO VENUE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED: July 7, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

     /s/
BRIAN J. STRETCH
Chief, Criminal Division

Leave is granted to the government to dismiss the complaint.

DATED: July 7, 2009

HON. EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen